UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL N. KELSEY,

        Plaintiff,

-against-

BRITTNEY KESSEL, et al.,

        Defendant.

**ORDER**

22-CV-03774 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se*, initiated this action on August 13, 2021. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's operative complaint was granted on April 24, 2023 and the Court entered a briefing schedule. (Doc. 38). Defendants filed their motion to dismiss on May 26, 2023 (Doc. 39) and their reply memorandum of law in support of the motion on July 7, 2023 (Doc. 44, "Reply").

Defendants' Reply references Plaintiff's opposition to the motion. (Doc. 44). To date, Plaintiff has not filed a copy of his opposition on the docket. Accordingly, Defendants are directed to, **by November 9, 2023**, either: (i) file a copy of Plaintiff's opposition on the docket; or (ii) file a letter advising the Court why it is unable to file a copy of Plaintiff's opposition on the docket.

                                        **SO ORDERED:**

Dated:   White Plains, New York
           October 31, 2023

_____
PHILIP M. HALPERN
United States District Judge