UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL N. KELSEY,

               Plaintiff,

     -v-

BRITTNEY KESSEL,

               Defendant.

**ORDER**

22-CV-03774 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff filed a Notice of Appeal on April 13, 2024 seeking review of the Court's March 8, 2024 Opinion and Order. (Doc. 51). Plaintiff's Notice of Appeal includes a request for an extension of time to appeal. (*Id.*). The Second Circuit determined that "the notice of appeal was untimely filed" and directed the Court to consider whether Plaintiff's requested extension of time to appeal should be granted. (Doc. 53).

Plaintiff is directed to file a brief, by **August 13, 2024**, providing the basis for his request to extend the time to file an appeal. Defendant is directed to file a brief in response by **August 20, 2024**.

                                      **SO ORDERED.**

Dated:   White Plains, New York
            August 6, 2024

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge